STATE OF LOUISIANA

VERSUS

TOBE LAWRENCE JR.

NO. 21-KA-733

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 28, 2022

Linda Wiseman

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Hans J. Liljeberg, and John J. Molaison, Jr.

## <u>REHEARING DENIED</u>

**HJL**
**SMC**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Wiseman
Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/28/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-KA-733

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (District Judge)
Monique D. Nolan (Appellee)      Thomas J. Butler (Appellee)      Bertha M. Hillman (Appellant)

### MAILED

Tobe Lawrence, Jr. #761394
(Appellant)
Louisiana State Penitentiary
Angola, LA 70712

Honorable Paul D. Connick, Jr. (Appellee)
District Attorney
Lindsay L. Truhe (Appellee)
District Attorney
Zachary L. Grate (Appellee)
Assistant District Attorneys
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053